### BEASLEY v. HORKAN.

PER CURIAM. The petition, properly construed, shows upon its face that the equitable action was barred by the statute of limitations, and there was no error in sustaining the demurrer raising that point.

*Judgment affirmed. All the Justices concur.*

No. 723.   SEPTEMBER 13, 1918.

Equitable petition. Before Judge Thomas. Colquitt superior court. October 30, 1917.

*Pomp Perkins, R. J. Bacon,* and *R. H. Ferrell,* for plaintiff.
*Shipp & Kline,* for defendant.